IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 85-195-01 |
| | : | |
| NATHANIEL COLEMAN | : | |

## **ORDER**

AND NOW, this 21st day of April, 2025, upon consideration of pro se Petitioner Nathaniel Coleman's Motion for a Writ of Error Coram Nobis (ECF No. 296) and the Government's opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is DENIED.

Petitioner's accompanying Motion for Judicial Notice (ECF No. 300) is also DENIED.[1]

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1]    Pursuant to Federal Rule of Evidence 201(c)(2), Coleman asks the Court to take judicial notice of a "Motion to Compel Discovery filed in 1985" by his defense counsel. ECF No. 300. The Motion is denied because the filing by Coleman's defense counsel is already part of the record of this case. *See* ECF No. 18.